**FILED**
February 11, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JORGE LUIS AMAYA-GALDAMEZ,** | § | |
| Petitioner, | § | |
| v. | § | NO. SA-26-CV-00854-OLG |
| **PAM BONDI, U.S. Attorney General,** *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court in this habeas proceeding is Petitioner Jorge Luis Amaya-Galdamez's Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction, filed February 9, 2026. The Motion (Dkt. No. 2) is **DENIED**.

When the injunctive relief sought on an ex parte and preliminary basis is identical to the ultimate relief sought in an already-expedited habeas proceeding, this Court and others have denied such motions and proceeded directly to the merits of the habeas petition itself. *See Garcia-Aleman v. Thompson*, No. SA-25-CV-886-OLG, Order Denying Motion for TRO and Preliminary Injunction, (W.D. Tex. Oct. 30, 2025) (collecting cases); *Chambliss v. Ashcroft*, No. 3:04-CV-298-D, 2004 WL 718998, at *2 (N.D. Tex. Apr. 1, 2004) (recommending preliminary injunction be denied and habeas briefing be expedited because the preliminary relief was "the same as the relief sought through the habeas petition"), *report and recommendation adopted*, No. CIV.A. 3:04-CV-298D, 2005 WL 724206 (N.D. Tex. Mar. 30, 2005). Indeed, prompt resolution is already contemplated by the nature of the writ itself. *See* 28 U.S.C. § 2243 ("A court . . . entertaining an application for a writ of habeas corpus shall *forthwith* award the writ or issue an order directing the respondent to show cause why the writ should not be granted." (emphasis added)); *Harris v.*

2

*Nelson*, 394 U.S. 286, 291 (1969) ("[T]he office of the writ is to provide a prompt and efficacious remedy, . . . . [and] must not be allowed to founder in procedural morass." (citation modified)).

It is so **ORDERED**.

**SIGNED** on February 11, 2026.

                                                ORLANDO L. GARCIA
                                                United States District Judge